UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :  Hon. Katharine S. Hayden

         v.              :  Crim. No. 07-697 (KSH)

DEANDRE WILLIAMS         :  <u>CONTINUANCE ORDER</u>

       This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Ronnell L. Wilson, Assistant U.S. Attorney), and defendant Deandre Williams (by Kevin F. Carlucci, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2.   The grant of a continuance will likely conserve judicial resources;

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _29th_ day of _May_ 2008,

ORDERED that this action be, and it is hereby continued from May 25, 2008 through July 24, 2008; and it is further

ORDERED that the period from May 25, 2008 through July 24, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. Katharine S. Hayden
United States District Judge

Form and entry
consented to:

_____
Ronnell L. Wilson
Assistant U.S. Attorney


_____
Kevin F. Carlucci, Esq.
Counsel for defendant Deandre Williams

        2.   The grant of a continuance will likely conserve
judicial resources;

        3.   Pursuant to Title 18 of the United States Code,
Section 3161(h)(8), the ends of justice served by granting the
continuance outweigh the best interests of the public and the
defendant in a speedy trial.

        WHEREFORE, on this _____ day of _____ 2008,

        ORDERED that this action be, and it is hereby continued
from May 25, 2008 through July 24, 2008; and it is further

        ORDERED that the period from May 25, 2008 through July
24, 2008, shall be excludable in computing time under the Speedy
Trial Act of 1974, pursuant to Title 18, United States Code,
Section 3161(h)(8).


                              _____
                              HON. Katharine S. Hayden
                              United States District Judge


Form and entry
consented to:


_____
Ronnell L. Wilson
Assistant U.S. Attorney


_____
Kevin F. Carlucci, Esq.
Counsel for defendant Deandre Williams