PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** WILLIAMS, Deandre      **Docket Number:** 07-00697-001
     **PACTS Number:** 50280

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden, U.S.D.J.

**Date of Original Sentence:** 11/24/2008

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 46 months imprisonment; three (3) years supervised release; $100 special assessment. Special conditions: 1) no street gang association; and 2) DNA collection.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 09/27/2010

**Assistant U.S. Attorney:** Ronnell Lee Wilson, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Kevin Carlucci, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay a special assessment in the amount of $100; it shall be paid immediately upon sentencing.' |
| | This financial obligation remains outstanding with a balance of $75. Moreover, Williams has made no payments since commencing supervision. |

PROB 12C - Page 2
Deandre Williams

2     The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Williams failed to report to the Probation Office as directed on the following dates: January 25, 2011, February 4, 2011, and February 22, 2011. In addition, he failed to submit any monthly written reports within the allotted time period since supervision commenced.

3     The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

On November 30, 2010, during an office interview, due to a growing concern regarding residence accountability, the undersigned Probation Officer instructed Williams to obtain verbal approval in advance to spending the night within any residence other than his reported address of record. He has failed to abide with this instruction.

On December 2, 2010 and January 3, 2011, during collateral field and telephone contact, different relatives of the offender advised the undersigned that Williams does not reside within their respective residences.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, U.S.P.O.

Date: 03/17/2011

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/21/11
Date