UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 07-697 (KSH) |
| DEANDRE WILLIAMS | : | <u>O R D E R</u> |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Deandre Williams to comply with certain conditions of supervised release imposed on November 24, 2008, Ronnell L. Wilson, Assistant U.S. Attorney, appearing for the Government, and Kevin Carlucci, Assistant Federal Public Defender, appearing for the defendant; and the defendant having waived the preliminary hearing and having entered a guilty plea and been adjudged guilty on April 18, 2011 to having violated Condition No. 5 of his supervised release, which required that he report to his probation officer as directed by the Court or his probation officer and submit a truthful and complete written report within the first five days of each month; and for good cause shown;

IT IS on this 19 day of April, 2011,

ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 2 months;

IT IS FURTHER ORDERED that upon release from imprisonment, an additional 12 month term of supervised release shall be imposed upon the defendant;

IT IS FURTHER ORDERED that as a special condition to the additional 12 month period of supervised release the defendant is to reside at a community confinement center, namely the Toller House, for a period of 2 months; and

IT IS FURTHER ORDERED that all other previously imposed conditions of supervised release hereby remain unchanged; and

IT IS FURTHER ORDERED that Violations 1 and 3 of the Violation Report dated April 15, 2011 are hereby dismissed.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge